No. 07-15-00112-CR

| | | |
|---|---|---|
| Daniel Ores Pulver | § | From the 222nd District Court |
|   Appellant | |   of Oldham County |
| | § | |
| v. | | November 17, 2016 |
| | § | |
| The State of Texas | | Opinion by Justice Pirtle |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 17, 2016, it is ordered, adjudged and decreed that the judgment of the trial court is modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o